## Pittsburgh v. Smith, Appellant.

Argued October 2, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES and COHEN, JJ.

*Joseph S. D. Christof,* with him *Artemas C. Leslie,* and *McCloskey, Best & Leslie,* for appellant.

*Marcus Aaron, II,* Assistant City Solicitor, with him *J. Frank McKenna, Jr.,* City Solicitor, for appellee.

OPINION PER CURIAM, November 25, 1958:

The Insurance Commissioner of the Commonwealth of Pennsylvania acting as a statutory liquidator of an insolvent insurance company is not a "public authority" within the meaning of the ordinance of the City of Pittsburgh which excludes "public authorities"; and hence a transfer of real estate made by him as the statutory liquidator is not excluded from taxation under that ordinance imposing a real estate transfer tax.

Affirmed.